No. 1133, Misc. SCHACK *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 1135, Misc. LAWS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 1142, Misc. FRIEND *v.* RHAY, PENITENTIARY SUPERINTENDENT. Sup. Ct. Wash. Certiorari denied.

No. 1143, Misc. BONNER *v.* TAHASH, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 1146, Misc. TANNER *v.* KERNER, GOVERNOR OF ILLINOIS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 1153, Misc. VINSON *v.* ARIZONA ET AL. C. A. 9th Cir. Certiorari denied.

No. 1155, Misc. McGEE *v.* KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 1170, Misc. DOVE *v.* JUSTICES OF CRIMINAL COURT OF THE CITY OF NEW YORK ET AL. Ct. App. N. Y. Certiorari denied.

No. 1173, Misc. HITCHCOCK *v.* ARIZONA ET AL. C. A. 9th Cir. Certiorari denied.

No. 1179, Misc. MONTOYA *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.